IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VANESSA TYUS-BROWN,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No. 21-cv-1030 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 7/24/2023**          MONICA A. STUMP, Clerk of Court

                              s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**